# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PREPARED INSURANCE COMPANY** n/k/a **LIGHTHOUSE PROPERTY INSURANCE CORPORATION,**
Appellant,

v.

**LIOR FRIEDMAN** and **SIVAN FRIEDMAN,**
Appellees.

No. 4D21-3288

[August 4, 2022]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE19-018248.

Joshua S. Beck of Beck Law, P.A., Boca Raton, for appellant.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Vyacheslav Borshchukov of Vyacheslav Borshchukov, P.A., Ft. Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***